# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.            **Crim. No. 7:11-CR-154-1D**

**BRANDON ANTONIO FAISON**

On September 19, 2012, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Eddie J. Smith  
> Eddie J. Smith  
> Supervising U.S. Probation Officer  
> 310 Dick Street  
> Fayetteville, NC 28301-5730  
> Phone: 910-354-2537  
> Executed On: May 3, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___4___ day of __May__, 2017.

                                              James C. Dever III  
                                              Chief U.S. District Judge